United States District Court
Southern District of Texas
**ENTERED**
February 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JESUS ESPINOZA, on behalf of the Baker Hughes Company 401(k) Plan, § § § § Plaintiff, § § v. § Civil Action No. 23-1532 § BAKER HUGHES HOLDINGS, LLC., § § Defendant. § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order granting Defendant's Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE.**

Costs shall be taxed against the Plaintiff.

This is a **FINAL JUDGMENT.**

SIGNED at Houston, Texas, this 10th day of February, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE